UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGELA MILES STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:17-CV-30-BO |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion for summary judgment. The matter has been fully briefed and is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant North Carolina Department of Public Safety's motion for summary judgment [DE 29] is GRANTED.

**This judgment filed and entered on June 14, 2018, and served on:**
Christopher James Anglin (via CM/ECF Notice of Electronic Filing)
Tamika L. Henderson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

June 14, 2018

　/s/Lindsay Stouch
By: Deputy Clerk